UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMY MCKINNEY, wife of and<br>HARLEY KYLE MCKINNEY, on behalf<br>of themselves and all those similarly situated<br><br>VERSUS<br><br>COVIDIEN, INC. | CIVIL ACTION<br><br><br>NO. 12-1242<br><br><br>SECTION "N" (3) |

## ORDER AND REASONS

Given the Court's January 17, 2013 Order and Reasons (Rec. Doc. 34) regarding Defendant Covidien Inc.'s motion to dismiss (Rec. Doc. 6), **IT IS ORDERED** that Plaintiffs' "Motion to Certify Class Action" (Rec. Doc. 9) is **DENIED WITHOUT PREJUDICE** to Plaintiffs' right to re-file the motion following amendment of their complaint in accordance with the Court's January 17, 2013 Order and Reasons. If Plaintiffs re-file the motion, however, they may not simply assert, as they essentially do in the memorandum submitted in support of the instant motion, that "evidence at the class certification hearing" will show the requirements of Rule 23 of the Federal Rules of Civil Procedure to be satisfied. *See* Rec. Doc. 9-1. This is particularly true when, as here, Plaintiffs' memorandum is not accompanied by admissible documentary evidence, or a request that the Court entertain oral argument and/or hold an evidentiary hearing relative to their certification motion. In any event, however, if the presentation of evidence is required to demonstrate satisfaction with Rule 23, the memorandum submitted in support of a motion seeking class certification must, at a minimum, generally describe the admissible evidence that is either

submitted along with the motion or is to be submitted at a class (evidentiary) hearing. Finally, if oral argument and/or an evidentiary hearing is sought, a separate, written request therefor must be filed into the record in accordance with Local Rule 78.1.[1]

New Orleans, Louisiana, this 17th day of January 2013.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

---

[1] If an evidentiary hearing is sought, it also is expected that, prior to the hearing, counsel shall exchange exhibit and witness lists and schedule a conference with the undersigned.