**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AMY MCKINNEY, wife of and | * | |
| HARLEY KYLE MCKINNEY, on behalf | * | Civil Action No.: 2:12-01242 |
| of themselves and all those similarly situated, | * | |
| Plaintiffs | * | |
| | * | Judge: ENGELHARDT |
| versus | * | |
| | * | |
| COVIDIEN, INC. | * | Magistrate Judge: KNOWLES, III |
| | * | |
| Defendant | * | |

*******************************************

## <u>ORDER</u>

CONSIDERING the foregoing *Motion To Dismiss.*

IT IS HEREBY ORDERED that the above captioned matter be and is hereby dismissed,

with prejudice, and with each party to bear his/her/its own costs.

Signed this _____12th_____ day of _____November_____, 2013.

_____
UNITED STATES DISTRICT JUDGE